## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHN E. GILLYARD, ADC #108071,                                                         PLAINTIFFS
and BO DAVIS

v.                                No. 5:07CV00279 JLH

JIMMY W. VIA, *et al.*                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE